### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN ALPERT, a/k/a | : | CIVIL ACTION |
| ROBIN GORDON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ABINGTON PAIN MEDICINE P.C., et al., | : | No. 16-20 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on, September 20, 2016, after a bench trial and upon consideration of the parties' proposed findings of fact and conclusions of law (docs. 29 and 30), it is hereby **ORDERED** that:

1.      Judgment is entered in favor of Plaintiff for Counts I, and II (breach of contract), and in favor of Defendants for Count III (the Pennsylvania Wage Payment Protection Law);

2.      Further, the Judgment entered AGAINST Defendants, as per the parties' mutually agreed-to Promissory Note, is in the amount of $250,000, as provided by § 5(b), plus attorneys fees, costs, and 10% pre-judgment interest per annum, as provided by § 6;

3.      Plaintiff is further ORDERED to submit a request for and documentation of fees, costs, and interest within seven days of the date of this order.

4.      Defendants are ORDERED to submit any response to Plaintiff's request for fees, costs, and interest within seven days of its filing.

BY THE COURT:

_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE