**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBIN ALPERT, a/k/a | : | |
| ROBIN GORDON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABINGTON PAIN MEDICINE, P.C., et al. | : | No. 16-20 |
| Defendants. | : | |

## ORDER

AND NOW, on October 21, 2016, it is ORDERED that Plaintiff's fee petition (doc. 33) and Defendants' objections (doc. 34) shall be granted in part and denied in part for the reasons stated in the accompanying memorandum opinion.

Plaintiff shall be awarded $35,242 in attorneys' fees, $18,493.15 in interest, and $2,027.15 in costs.

BY THE COURT:

_/s/ Timothy R. Rice_____
TIMOTHY R. RICE
United States Magistrate Judge