IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robin Alpert a/k/a Robin Gordon | : CIVIL ACTION |
| v. | : |
| Abington Pain Medicine P.C., et al. | : |
| | : NO. 16-20 |

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against _____

and against  Aetna Inc. 980 Jolly Rd, Blue Bell, PA 19422-0

(Name and Address of Garnishee)

garnishee, and index this writ against* _____
_____ and against _____
_____ as garnishee, as a lis pendens against
real property of the judgment debtor in the name of the garnishee, as follows:

_____
_____

Amount Due             $  299,762.30
Interest From  10/26/16     $       0.00

_____
Attorney for
Robin Alpert a/k/a Robin Gordon

Date: 2/13/17

*Applicable to real estate only [Rule 3104(c) Pa. R.C.P.].
Civ637 (7/00)