IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin Alpert a/k/a Robin Gordon | : | CIVIL ACTION |
| v. | : | |
| Abington Pain Medicine P.C., et al. | : | NO.   16-20 |

PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against _____

and against  <u>Citibank Texas, National Association, The Plaza at Willow Grove 2500 Moreland Rd.</u>
(Name and Address of Garnishee)    ,    Willow Grove, PA 19090
garnishee, and index this writ against* _____
_____ and against _____
_____ as garnishee, as a lis pendens against
real property of the judgment debtor in the name of the garnishee, as follows:

_____
_____

Amount Due                $      299,762.30
Interest From   10/26/16        $             0.00

_____
Attorney for
Robin Alpert a/k/a Robin Gordon

Date: 3/21/17

*Applicable to real estate only [Rule 3104(c) Pa. R.C.P.).
Civ637 (7/00)