IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin Alpert a/k/a Robin Gordon | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Abington Pain Medicine P.C., et al. | : | NO. 16-20 |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against __Abington Pain Medicine, P.C., Vincent J. Thompson, III, M.D. and Paul Edward Parker Thompson__, defendant
(Name of Defendant)

(1) You are directed to levy upon the property of the defendant and to sell his interest therein:

(2) You are also directed to attach the property of the defendant not levied upon in the possession of __Citibank Texas, National Association__, as garnishee.
(Name of Garnishee)

__See Exhibit A__
(Specifically Describe Property)

and to notify the garnishee that

    (a) an attachment has been issued;
    (b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;

(3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | | | |
|---|---|---|---|
| Amount Due | | $ | 299,762.30 |
| Interest From | 10/26/16 | $ | 0.00 |
| (Cost to be Added) | | $ | 0.00 |

LUCY V. CHIN
(Interim Clerk of Court)

Seal of the Court

BY: _____
(Deputy Clerk)

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW**

1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms, and equipment
3. Most wages and unemployment compensation
4. Social Security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds
8. Such other exemptions as may be provided by law

Civ 638 (7/00)

## **EXHIBIT A**

1. Bank account number 009998174 434. This account includes a wire transfer of $10,000.00 to Santander Bank account number 2781032956 on or about January 18, 2017.

2. Any and all corporate and/or personal savings, checking or similar account, in which Abington Pain Medicine PC, Vincent J. Thompson, III, M.D., and/or Paul Edward Parker Thompson have with Citibank.