IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin Alpert a/k/a Robin Gordon | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Abington Pain Medicine P.C., et al. | : | NO. 16-20 |
| | : | |

**CLAIM FOR EXEMPTION**

To the U.S. Marshal:

    I, the above named defendant, claim exemption of property from levy or attachment:

    (1) From my personal property in my possession which has been levied upon.

        (a) I desire that my $300 statutory exemption be

            (i) set aside in kind (specify property to be set aside in kind):

_____

            (ii)  paid in cash following the sale of the property levied upon; or

        (b) I claim the following exemption (specify property and basis of exemption):

_____

    (2) From my property which is in the possession of a third party, I claim the following exemptions:

        (a) My $300 statutory exemption:      in cash      in kind (specify property): _____

        (b) Social security benefits on deposit in the amount of $_____

        (c) Other (specify amount and basis of exemption): _____

_____

    I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at _____

    _____            _____
          (Address)                                                         (Telephone Number)

   I declare under penalty of perjury that the foregoing statements made in this claim for exemption are true and correct.

Date:_____

                 _____
                     (Signature of Defendant)

**THIS CLAIM TO BE FILED WITH THE OFFICE OF THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

**2110 United States Courthouse
601 Market Street
Philadelphia, PA 19106**
(Address)

**(215) 597-7272**
(Telephone Number)

*Note:* Under paragraphs (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction to the United States Marshal.

   Under paragraph (2) of the writ, if the attachment of a named garnishee is desired, his name should be set forth in the space provided.

   Under paragraph (3) of the writ, the United States Marshal may, as under prior practice, add as a garnishee any person not named in this writ who may be found in possession of property of the defendant. See Rule 3111(a). For limitations on the power to attach tangible personal property, see Rule 3108 (a).

   Each court shall by local rule designate the officer, organization, or person to be named in the notice.

Civ 640 (7/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| V. | : | |
| _____ | : | NO. |
| **Defendant** | : | |
| _____ | : | |
| **Garnishee** | : | |

TO: _____
    _____
    _____

Date of Notice: _____

**IMPORTANT NOTICE**

    You are in default because you failed to take action required of you in this case. Unless you act within ten days from the date of this Notice, a judgment may be entered against you without a hearing, and you may lose your property or other important rights. You should take this Notice to a lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the following office to find out where you can get legal help.

Lawyer Reference Service One
Reading Center
11th Floor
Philadelphia, PA 19107
(215) 238-1701

 

                                                                                                                                                       Attorney for

Civ 641 (7/00)

## **EXHIBIT A**

1. Bank account number 009998174 434. This account includes a wire transfer of $10,000.00 to Santander Bank account number 2781032956 on or about January 18, 2017.

2. Any and all corporate and/or personal savings, checking or similar account, in which Abington Pain Medicine PC, Vincent J. Thompson, III, M.D., and/or Paul Edward Parker Thompson have with Citibank.