## *CERTIFICATE OF SERVICE*

    I, Alan L. Frank, Esquire hereby certify that on this 24th day of March, 2017, served a true and correct copy of the Praecipe of Writ of Execution and accompanying documents via ECF and e-mail upon the following:

Jonathan Marx, Esq.
KaplunMarx, PLLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
jon@kaplunmarx.com

                                         ALAN L. FRANK LAW ASSOCIATES, P.C.

                                         */s/ Alan L. Frank*

                                         Alan L. Frank, Esq.
                                         135 Old York Road
                                         Jenkintown, PA 19046
                                         (215) 935-1000
                                         (215) 935-1110 (fax)
                                         afrank@alflaw.net
                                         Attorney for Plaintiff

Date: March 24, 2017